J. H. ROBERTS, *Appellant*, v. PENSACOLA & GEORGIA RAILROAD COMPANY, *et al.*, *Appellees*.

Division B.

Decision Filed May 3, 1926.

*J. B. Hodges*, for Appellant;

*John F. Harrell* and *Fleming, Hamilton, Diver, Lichliter & Fleming*, as Amici Curiae.

PER CURIAM.—The order appealed from herein is reversed on the authority of McDaniel v. McElvy, this day filed.

All concur.